STATE OF NEW JERSEY v. DONALD MCNAIR.

September 6, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. KEITH FINNEY.

September 6, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. LUTHER COE.

September 6, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. GENE MARTIN.

September 6, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. GERALD M. KLATZKIN.

September 6, 1989.

Petition for certification denied.